IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MASTR SPECIALIZED LOAN TRUST 2007-02 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH E. McCOY III and FARRAH L. McCOY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-CV-092-C |

## **ORDER**

On this day the Court considered the Motion for Default Judgment Against Defendant Kenneth E. McCoy III, filed by Plaintiff, Deutsche Bank National Trust Company (Deutsche Bank), on July 28, 2016. On August 4, 2016, the United States Magistrate Judge issued a Report and Recommendation advising that the motion be granted. Neither party has filed written objections.

On August 29, 2016, the Court issued an Order to Show Cause, directing Plaintiff to file supplemental evidence in the form of the recorded deed of trust or otherwise show cause why it should not have to produce the deed of trust to establish Defendant's liability. Deutsche Bank filed its Response to the Court's order on September 12, 2016, attaching true and correct copies of the recorded deed of trust and the recorded assignment of that deed of trust from the original

lender to Deutsche Bank. The Court is satisfied that Deutsche Bank has complied with the Court's August 29 order and has now provided sufficient evidence to find Defendant liable.

Therefore, it is **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, all claims against Defendant Farrah L. McCoy are **DISMISSED** without prejudice, Plaintiff's Motion for Default Judgment Against Defendant Kenneth E. McCoy III is **GRANTED**, and final judgment will be entered in accordance with this order.

SO ORDERED this 31st day of September, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE